James Marsh (admitted Pro Hac Vice)
jamesmarsh@marshlaw.us
Robert Y. Lewis (Admitted Pro Hac Vice)
robertlewis@marshlaw.us
Marsh Law Firm PLLC
P.O. Box 4668 #65135
New York, NY 10163-4668
Telephone / Fax: (212) 372-3030
Attorneys for Original Plaintiffs -- Amy, Andy and Jessica

Carol L. Hepburn (admitted Pro Hac Vice)
carol@hepburnlaw.net
Carol L. Hepburn, P.S.
200 First Avenue West, Suite 550
Seattle, WA 98119
Telephone (206) 957-7272
Fax: (206) 687-7294
Attorney for Additional Plaintiffs --Vicky, Sarah, and Alice

### IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AMY UNKNOWN, et al, | Civ. No. 14-C-721 |
| | PLAINTIFFS VICKY, SARAH, And ALICES' NOTICE OF UNAVAILABILITY |
| Plaintiffs, | |
| v. | |
| JEFFREY FELDMAN, | |
| Defendant. | |

TO: THE CLERK OF THE COURT;

AND TO: DEFENDANT, *pro se*.

Please take notice that Carol L. Hepburn, attorney for plaintiffs Vicky, Sarah and Alice will be unavailable on the following dates: October 1, 2017 – October 20, 2017.

It is requested that no motions, depositions, or other matters requiring any response or attention by this office be scheduled during this period, and that all such matters will be scheduled to permit sufficient preparation time after the absence.

DATED this 14 day of July, 2017.

CAROL L. HEPBURN, P.S.

by_____
Carol L. Hepburn, WSBA No. 8732
200 First Avenue West, Suite 550
Seattle, Washington 98119-4298
Phone: 206-957-7272
Fax: 206-957-7273
Email: carol@hepburnlaw.net
*Attorney for Plaintiffs Vicky, Sarah and Alice*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

AMY UNKNOWN, et al,            Civ. No. 14-C-721

Plaintiffs,

v.

JEFFREY FELDMAN,

Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing Plaintiffs' Vicky," Sarah and Alice's Notice of Unavailability with the Clerk of Court using the CM/ECF system and by U.S. Mail postage prepaid to:

Jeffrey Feldman
12551-089
Forrest City Federal Correctional
Institution (Medium)
Inmate Mail/Parcels
PO BOX 3000
Forrest City, AR 72336

Defendant, *pro se*

This 17 day of July, 2017.

                                Respectfully submitted,

                                CAROL L. HEPBURN, P.S.
                                by _____
                                Carol L. Hepburn, WSBA No. 8732
                                200 First Avenue West, Suite 550

Seattle, Washington 98119-4298
Phone: 206-957-7272
Fax: 206-957-7273
Email: carol@hepburnlaw.net
*Attorney for Plaintiffs Vicky, Sarah and Alice*