# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**"AMY" et. al,**
       **Plaintiffs,**

v.                                                                Case No. 14-C-721

**JEFFREY FELDMAN,**
       **Defendant.**

## ORDER

     With the agreement of the parties, the court referred this matter to a magistrate judge for mediation. As part of that agreement, defendant withdrew two pending motions without prejudice. After an unsuccessful mediation, defendant requested that his withdrawn motions be reinstated. Plaintiffs have not opposed that request.

     **THEREFORE, IT IS ORDERED** that defendant's Motion to Reinstate Motion for Permission to File an Interlocutory Appeal (R. 49) is **GRANTED**.

     **IT IS FURTHER ORDERED** that defendant's Motion to Reinstate Motion for Sanctions (R. 50) is **GRANTED**.

     **FINALLY, IT IS ORDERED** that this matter is scheduled for **TELEPHONIC STATUS** on **Friday, December 15, 2017, at 11:00 a.m.** The court will initiate the call. Counsel for plaintiffs shall contact the court at 414-297-1285 to provide their contact information for this conference. The court will arrange the call with defendant through the Bureau of Prisons. The court will at the status address further scheduling in this matter, including any additional briefing that may be appropriate before it reaches the merits of the pending motions.

     Dated at Milwaukee, Wisconsin, this 20th day of September, 2017.

                                                  /s Lynn Adelman
                                                LYNN ADELMAN
                                                District Judge