United States District Court Eastern District Of Wisconsin

"Amy", et al., Plaintiffs

v.  Case No. 14-CV-0721-LA

Jeffrey W. Feldman, Defendant

### Feldman's First Discovery Requests

Due to the fact that we are half way through the discovery process Feldman is submitting the below requests for discovery despite not receiving initial disclosures.

1. Provide all notifications from the National Center for Exploited and Missing Children. If there are so many notifications as to be unduly burdensome then the total number of notifications and the number of notifications per year will suffice. This information should be seperated per plaintiff.

2. Provide the total amount of money awarded in restitution for each plaintiff.

3. Provide the total amount of money collected in restitution for each plaintiff.

4. Provide the total number of restitution awards for each plaintiff.

5. Provide the number of cases that currently have restitution requests pending for each plaintiff.

6. Provide the total amount of money awarded in civil suits for each plaintiff.

7. Provide the total amount of money agreed to in civil suit settlements for each plaintiff.

8. Provide the total amount of money collected in civil suits won for each plaintiff.

9. Provide the total amount of money collected from civil suit

settlements for each plaintiff.

10. Provide the total number of civil suits won for each plaintiff.

11. Provide the total number of civil suit settlements for each plaintiff.

12. Provide the current number of civil suits pending for each plaintiff.

13. Provide the total amount of money collected as a result of titles 18 § 3013 and 18 § 3014 of the United States Code for each plaintiff.

14. For each plaintiff provide information on any outstanding requests for money under titles 18 § 3013 and 18 § 3014 of the United States Code.

15. Provide the amount of money paid by the initial abuser(s) from restitution or as the result of civil suits for each plaintiff.

16. For each plaintiff provide info on any other money collected as a result of their victimization.

*Jeffrey W. Feldman*

Jeffrey W. Feldman
Reg. No. 12551-089
Federal Correctional Institution
PO Box 5000
Oakdale, LA  71463

April 14, 2018

CERTIFICATE OF SERVICE

I, Jeffrey W. Feldman, hereby certify under penalty of perjury that I have served a true and correct copy of the foregoing: **Feldman's First Discovery Requests** by depositing same in the institutional mail system or by delivering same to prison authorities for forwarding to the court and parties, whose addresses are listed below, on April 14, 2018 in a sealed, postage prepaid envelope, which is deemed filed at this time pursuant to **Houston v. Lack**, 487 U.S. 266, 101 L.Ed.2d 245 (1988).

*[signature: Jeffrey W. Feldman]*

Jeffrey W. Feldman
Defendant, pro se

James Marsh
Marsh Law Firm PLLC
PO Box 4668#65135
New York, NY 10163-4668

Robert Lewis
Marsh Law Firm PLLC
PO Box 4668#65135
New York, NY 10163-4668

Carol Hepburn
Suite 550
200 1st AVE W
Seattle, WA 98119