ATTACHMENT NO. 1

# CAROL L. HEPBURN, P.S.

## ATTORNEYS AT LAW

CAROL L. HEPBURN
Attorney at Law

Licensed in Washington
and Oregon


J. WILLIAM SAVAGE
Attorney at Law,
Of Counsel

Licensed in Washington
and Oregon


MICHELLE D. SPARKS
Paralegal


IN SEATTLE:
200 FIRST AVENUE WEST
SUITE 550
SEATTLE, WASHINGTON
98119
TELEPHONE:
(206) 957-7272
FACSIMILE:
(206) 957-7273


IN PORTLAND:
620 S.W. FIFTH AVENUE
SUITE 1125
PORTLAND, OREGON
97204
TELEPHONE:
(503) 222-0200
FACSIMILE:
(503) 248-0200

April 23, 2018

Jeffery Feldman
No. 12551-089
Federal Correction Institute – Oakdale
PO Box 5000
Oakdale, LA  71463

    Re:   Amy, et al. v. Jeffrey W. Feldman

Dear Mr. Feldman:

    The Plaintiffs in this case wish to streamline the trial of this matter by withdrawing some of their claims.  In order to do this, I have prepared a stipulation for your review and signature.  An original and a copy for your files are enclosed with a self-addressed stamped envelope for you to return it to us with your signature if you agree.  I believe it is very simple and self-explanatory and so should not need any revision.

    If you do not agree to this stipulation then I will be required to make a motion to the court to amend the complaint.  The motion will request that the complaint be amended just as described in the stipulation.  I will need to advise the court that we sent you a stipulation for this but that you did not agree.

    Thank you for your consideration.

Very truly yours,

*Carol L. Hepburn*

Carol L. Hepburn

CLH:mds
Enclosures

James Marsh (admitted Pro Hac Vice)
jamesmarsh@marshlaw.us
Robert Y. Lewis (Admitted Pro Hac Vice)
robertlewis@marshlaw.us
Marsh Law Firm PLLC
P.O. Box 4668 #65135
New York, NY 10163-4668
Telephone / Fax: (212) 372-3030

Carol L. Hepburn (admitted Pro Hac Vice)
carol@hepburnlaw.net
Carol L. Hepburn, P.S.
200 First Avenue West, Suite 550
Seattle, WA 98119
Telephone (206) 957-7272
Fax: (206) 687-7294

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

| | |
|---|---|
| "Amy", "Jessica," "Andy", "Vicky", "Sarah" ) <br> And "Alice," ) <br>                                         Plaintiffs, ) <br> v. ) <br> ) <br> ) <br> Jeffrey W. Feldman, ) <br>                                Defendant. ) | Civ. No. 14-C-721 <br><br> STIPULATION OF THE <br> PARTIES PURSUANT TO FRCP 41(a)(1) |

1. Identification of Counsel and Represented Parties:

    <u>Counsel for Plaintiffs Amy, Jessica and Andy</u>:

    Robert Y. Lewis
    PO Box 4668 #65135
    New York, NY. 10163-4668
    Telephone: 212-372-3030
    Fax: 833-210-3336
    Email: robertlewis@marsh.law

    James R. Marsh
    PO Box 4668 #65135
    New York, NY. 10163-4668

1

Telephone: 212-372-3030
Fax: 833-210-3336
Email: jamesmarsh@marsh.law

Counsel for Plaintiffs Vicky, Sarah, and Alice:

Carol L. Hepburn, WSBA No. 8732
200 First Avenue West, Suite 550
Seattle, WA. 98119-4209
Phone: 206-957-7272
Fax: 206-957-7273
Email: carol@hepburnlaw.net

Counsel for Defendant Jeffrey W. Feldman:

Jeffrey W. Feldman, *Pro Se*
Reg No. 125551-089
Federal Correctional Institution
PO Box 5000
Oakdale, LA. 71463

2.  Stipulation of Parties

The parties hereby stipulate that the claims of the Plaintiffs, and each of them, for Actual Damages, Compensatory Damages, Punitive Damages, and Costs are hereby withdrawn and dismissed with prejudice. The claims of Plaintiffs, and each of them, for Statutory Damages of $150,000 each, pursuant to 18 U.S.C. § 22555(a), and for reasonable attorney's fees, remain in full force notwithstanding this stipulation.

MARSH LAW FIRM PLLC

By s/James R. Marsh
James R. Marsh (admitted Pro Hac Vice)
jamesmarsh@marshlaw.us
Robert Y. Lewis (admitted Pro Hac Vice)
robertlewis@marshlaw.us
P.O. Box 4668 #65135
New York, NY 10163-4668
Telephone / Fax: (212) 372-3030
Attorneys for Plaintiffs Amy, Jessica and Andy

2

CAROL L. HEPBURN, P.S.

By s/Carol L. Hepburn
Carol L. Hepburn (admitted Pro Hac Vice)
carol@hepburnlaw.net
Carol L. Hepburn, P.S.
200 First Avenue West, Suite 550
Seattle, WA 98119
Telephone (206) 957-7272
Fax: (206) 687-7294
Attorney for Plaintiffs Vicky, Sarah and Alice


Jeffrey W. Feldman, *Pro Se*
Reg No. 125551-089
Federal Correctional Institution
PO Box 5000
Oakdale, LA. 71463
Defendant

3

James Marsh (admitted Pro Hac Vice)
jamesmarsh@marshlaw.us
Robert Y. Lewis (Admitted Pro Hac Vice)
robertlewis@marshlaw.us
Marsh Law Firm PLLC
P.O. Box 4668 #65135
New York, NY 10163-4668
Telephone / Fax: (212) 372-3030

Carol L. Hepburn (admitted Pro Hac Vice)
carol@hepburnlaw.net
Carol L. Hepburn, P.S.
200 First Avenue West, Suite 550
Seattle, WA 98119
Telephone (206) 957-7272
Fax: (206) 687-7294

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

| | |
|---|---|
| "Amy", "Jessica," "Andy", "Vicky", "Sarah" And "Alice," <br> Plaintiffs, <br> v. <br> Jeffrey W. Feldman, <br> Defendant. | Civ. No. 14-C-721 <br><br> STIPULATION OF THE PARTIES PURSUANT TO FRCP 41(a)(1) |

1. Identification of Counsel and Represented Parties:

   <u>Counsel for Plaintiffs Amy, Jessica and Andy</u>:

   Robert Y. Lewis
   PO Box 4668 #65135
   New York, NY. 10163-4668
   Telephone: 212-372-3030
   Fax: 833-210-3336
   Email: robertlewis@marsh.law

   James R. Marsh
   PO Box 4668 #65135
   New York, NY. 10163-4668

1

Telephone: 212-372-3030
Fax: 833-210-3336
Email: jamesmarsh@marsh.law

Counsel for Plaintiffs Vicky, Sarah, and Alice:

Carol L. Hepburn, WSBA No. 8732
200 First Avenue West, Suite 550
Seattle, WA. 98119-4209
Phone: 206-957-7272
Fax: 206-957-7273
Email: carol@hepburnlaw.net

Counsel for Defendant Jeffrey W. Feldman:

Jeffrey W. Feldman, *Pro Se*
Reg No. 125551-089
Federal Correctional Institution
PO Box 5000
Oakdale, LA. 71463

2. Stipulation of Parties

The parties hereby stipulate that the claims of the Plaintiffs, and each of them, for Actual Damages, Compensatory Damages, Punitive Damages, and Costs are hereby withdrawn and dismissed with prejudice. The claims of Plaintiffs, and each of them, for Statutory Damages of $150,000 each, pursuant to 18 U.S.C. § 22555(a), and for reasonable attorney's fees, remain in full force notwithstanding this stipulation.

          MARSH LAW FIRM PLLC

          By s/James R. Marsh
          James R. Marsh (admitted Pro Hac Vice)
          jamesmarsh@marshlaw.us
          Robert Y. Lewis (admitted Pro Hac Vice)
          robertlewis@marshlaw.us
          P.O. Box 4668 #65135
          New York, NY 10163-4668
          Telephone / Fax: (212) 372-3030
          Attorneys for Plaintiffs Amy, Jessica and Andy

CAROL L. HEPBURN, P.S.

By <u>s/Carol L. Hepburn</u>
Carol L. Hepburn (admitted Pro Hac Vice)
carol@hepburnlaw.net
Carol L. Hepburn, P.S.
200 First Avenue West, Suite 550
Seattle, WA 98119
Telephone (206) 957-7272
Fax: (206) 687-7294
Attorney for Plaintiffs Vicky, Sarah and Alice

---

Jeffrey W. Feldman, *Pro Se*
Reg No. 125551-089
Federal Correctional Institution
PO Box 5000
Oakdale, LA. 71463
Defendant

3