United States District Court - Eastern District Of Wisconsin

"Amy", et al, Plaintiffs

v.

Jeffrey W. Feldman, Defendant

Case No. **14:CV-0721**
Civil L.R. 7(h) Expedited
Non-Dispositive Motion Practice

## Motion To Compel Answers To Feldman's Second Set Of Discovery Requests

1. A certificate of service accompanies this motion.

2. A certificate of compliance accompanies this motion.

3. The original requests accompany this motion.

4. The original responses accompany this motion.

5. A copy of a letter showing that Feldman was compliant with Civil L.R. 37 accompanies this motion.

6. A document entitled Requests/Responses/Replies accompanies this motion in order to help the district court adjudicate this matter. It is a replication of the original requests and responses to the best of Feldman's abilities. Feldman's reply to Amy et al's response has been added.

7. Feldman requests the court to order Amy et al to give adequate answers to requests 1, 2, 5, 7, 14, 16 and 17 by a set date.

*Jeffrey W. Feldman*

Jeffrey W. Feldman      July 2, 2018
Reg. No. 12551-089
Federal Correctional Institution
PO Box 5000
Oakdale, LA 71463

## CERTIFICATE OF SERVICE

I, Jeffrey W. Feldman, hereby certify under penalty of perjury that I have served a true and correct copy of the foregoing: Motion To Compel Answers To Feldman's Second Set Of Discovery Requests, Exhibits 1009-1012, and a Certificate Of Compliance.

by depositing same in the institutional mail system or by delivering same to prison authorities for forwarding to the court and parties, whose addresses are listed below, on     July 2, 2018     in a sealed, postage prepaid envelope, which is deemed filed at this time pursuant to **Houston v. Lack**, 487 U.S. 266, 101 L.Ed.2d 245 (1988).

*Jeffrey W. Feldman*
Jeffrey W. Feldman
Defendant, pro se

James Marsh
Marsh Law Firm PLLC
PO Box 4668
New York, NY   10163

Robert Lewis
Marsh Law Firm PLLC
PO Box 4668
New York, NY   10163

Carol Hepburn
Suite 550
200 1st AVE W
Seattle, WA   98119

## CERTIFICATE OF COMPLIANCE

I, Jeffrey W. Feldman, hereby certify under penalty of perjury that I have complied with Civil L. R. 37 by making a good faith effort to communicate with plaintiffs' lawyers with respect to obtaining adequate answers to my second set of discovery requests which are dated April 21, 2018. I have sent letters to Amy et al's attorneys of record Carol Hepburn, James Marsh and Robert Lewis regarding their answers to my second set of discovery requests on or before June 14, 2018. These letters were deposited in the institutional mail system and addressed to the parties listed below in sealed, postage prepaid envelopes. A copy of the letter should have been admitted into evidence as exhibit 1009.

As a pro se inmate I have no e-mail or Internet capability and limited phone capability. Thus, letters are my primary method of communication with respect to legal matters.

*Jeffrey W. Feldman*

Jeffrey W. Feldman    July 2, 2018
Defendant, pro se

James Marsh
Marsh Law Firm PLLC
PO Box 4668
New York, NY 10163

Robert Lewis
Marsh Law Firm PLLC
PO Box 4668
New York, NY 10163

Carol Hepburn
Suite 550
201 1st AVE W
Seattle, WA 98119