United States District Court - Eastern District Of Wisconsin

"Amy", et al, Plaintiffs

v.

Jeffrey W. Feldman, Defendant

Case No. 14:CV-0721
STIPULATED FACTS IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

Pursuant to the provisions of Civil L. R. 56(b)(1)(C) Feldman lists the following stipulated facts that support his Motion for Summary Judgment.

As of this juncture the parties have not agreed to any stipulated facts.

DATED: August 15, 2018

*Jeffrey W. Feldman*

Jeffrey W. Feldman
Reg. No. 12551-089
Federal Correctional Institution
PO Box 5000
Oakdale, LA 71463

United States District Court - Eastern District of Wisconsin

"Amy", et al, Plaintiffs

v.

Jeffrey W. Feldman, Defendant

Case No. 14:CV-0721

UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to the provisions of Fed. R. Civ. P. 56(c)(1) and Civil L. R. 56(b)(1)(C), Feldman lists the following undisputed facts that support his Motion For Summary Judgment.

| Undisputed Fact | Record Proving Fact |
|---|---|
| 1. Amy et al had no knowledge of Feldman. | 1. Answer to second set of discovery requests No. 8. |
| 2. Amy et al did not provide initial disclosures. | 2. Docket 66, Motion to Compel. |
| 3. Feldman sent twelve letters to Amy et al regarding initial disclosures. | 3. Docket 66, Motion to Compel. |
| 4. Each plaintiff has collected at least $10,000,000. | 4. Second set of request for admissions, ¶ 55, ¶ 64, ¶ 72, ¶ 79, ¶ 87, ¶ 95. |
| 5. At least 25,000 individuals have possessed images of each of the plaintiffs. | 5. Second set of request for admissions ¶¶ 17, 23, 29, 35, 41, and 47. |
| 6. Amy et al have withdrawn claims 2 and 3. | 6. Memorandum of Law in Opposition To Defendant Jeffrey W. Feldman's April 13, 2018 Motion for Court Appointed |

| | |
|---|---|
| | Experts, pp. 2 and 4. Plaintiffs' Objections and Responses to Defendant's Second Set of Discovery Requests, p. 2. |
| 7. Amy et al will not prove or otherwise demonstrate any actual losses or damages as a result of Feldman's conduct. | 7. Memorandum of Law in Opposition To Defendant Jeffrey W. Feldman's April 13, 2018 Motion for Court Appointed Experts, p. 2. Plaintiffs' Objections and Responses to Defendant's Second Set of Discovery Requests, pp. 2, 4-7. |
| 8. Law enforcement failed in 388 attempts to download from Feldman's computer. | 8. Affidavit in Support of Application for Search Warrant, ¶ 12. Affidavit of Gerald R. Grant, Jr., ¶ 8. |
| 9. James Marsh selects whom to sue based on their wealth. | 9. First set of Request for Admissions, ¶ 5. |
| 10. Carol Hepburn and James Marsh have been ordered to track payments to prevent a windfall or double recovery. | 10. Second Set of Request for Admissions, ¶¶ 96 and 97. |
| 11. Feldman's computer was seized 1/24/13. | 11. Search and Seizure Warrant, pp. 2-4. |
| 12. Amy et al refused to provide any info on communications between Amy et al and the prosecution. | 12. Plaintiffs' Objections and Responses to Defendant's Second Set of Discovery Requests, No. 7. |

DATED: <u>August 15, 2018</u>

*Jeffrey W. Feldman*

Jeffrey W. Feldman
Reg. No. 12551-089
Federal Correctional Institution
PO Box 5000
Oakdale, LA   71463