Jeffrey W. Feldman
Reg. No. 12551-089
Federal Correctional Institution
PO Box 5000
Oakdale, LA 71463

cc: Carol Hepburn, Robert Lewis

re: **14:CV-0721** settlement

Dear Judge Adelman:

This past October the parties in case 14:CV-0721 agreed to a settlement of $7500 per plaintiff. Feldman remains fully committed to this settlement agreement.

Feldman has not received the settlement agreement from Amy et al. It appears that the Bureau of Prisons intercepted the contract. See the attachment dated 10/23/18. Feldman did receive a letter from Robert Lewis, an attorney for Amy et al, which references the settlement agreement which was apparently sent to Feldman. See the letter dated October 14, 2018. Feldman wrote letters to Robert Lewis and Carol Hepburn requesting that they resend the settlement agreement. See the letter dated 11/5/2018. Feldman has not heard back from Amy et al.

Feldman requests a telephonic status conference to discuss the next steps to resolve this case. Feldman would be amenable to restitution as part of resentencing in case 16:C-774 which is a title 28 § 2255 motion before the court.

Sincerely,

*Jeffrey W. Feldman*

Jeffrey W. Feldman            December 1, 2018



RECEIVED DEC 6 2018
U.S. DIST COURT EAST DIST WISC
CHAMBERS OF JUDGE LYNN ADELMAN