BP-S328.058 STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER CDFRM
APR 94
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Sender - See Return Address) | FROM: (Institution) |
|---|---|
| Robert Lewis, Esq<br>Marsh Law Firm PLLC<br>PoB 4668 # 65135<br>New York, NY 10163-4668 | Federal Correctional Complex (FCI I OAKDALE)<br>P.O. Box 5050<br>Oakdale, LA. 71463 |

| INMATE'S NAME: | REGISTER NUMBER: | DATE: |
|---|---|---|
| Feldman, Jeffrey W.    E2 | 12551-089 | 10/23/18 |

(Check One)                     Material Returned

___ You enclosed with your correspondence stamps or stamped items that cannot be given to the inmate.

___ You enclosed with your correspondence an incorrectly prepared negotiable instrument. (Negotiable instruments require the inmate's committed name and register number.)

_X_ You enclosed unauthorized material:

   ___ Body Hair

   ___ Plant Shavings

   ___ Sexually Explicit Personal Photos

   _X_ Other - specify below

Ringed books/material

The below material cannot be inspected without damage

___ Electronic Musical Greeting Card

___ Padded Card

___ Double Faced Polaroid Photos

___ Other - specify below

The correspondence or letter has, however, been returned to the sender with a copy of this notice.

Specific Material Returned

NOTE: THESE ITEMS ARE UNAUTHORIZED. Stamped envelop.

(Printed or Typed Name and Written Signature of Correctional Systems Officer)

_____  CSO    D. Riley

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File; Copy - Central File.



**Marsh Law Firm PLLC**
P.O. Box 4668 #65135
New York, NY 10163-4668
Telephone: (212) 372-3030
robertlewis@marshlaw.us

October 14, 2018

Jeffrey W. Feldman
Inmate # 12551-089
Oakdale Federal Correction Institution
Inmate Mail
P.O. Box 5000
Oakdale, Louisiana 71463

Re: *Amy, et. al v. Jeffrey W. Feldman* 2:14-cv-00721-LA

Dear Mr. Feldman:

    In reviewing the settlement agreement I sent you a few days ago, I realized that there was an error. At page 3 (paragraph 1(c) it provides that you are paying Andy $12,500, but in fact you will only be paying him $7,500 – the same as the other plaintiffs.

    To correct this error, would you please, using a pen, just cross out "$12,500" in paragraph 1(c) beside Any, and write in "$7,500". Then just initial the change. When you send me the settlement agreement, I will also initial the change and send you back a copy of the fully executed and initialed agreement.

    I apologize for the error.

                              Very truly yours,

                              Marsh Law Firm PLLC

                              By Robert Y. Lewis

Carol Hepburn, Esq. (via email transmission)

Jeffrey W. Feldman
Reg. No. 12551-089
Federal Correctional Institution
PO Box 5000
Oakdale, LA  71463

CC: Ms. Carol Hepburn

re: Amy et al v. Jeffrey W. Feldman, 2:14-CV-0721-LA

Dear Mr. Lewis:

On October 31, 2018 I received a letter from you which indicated that a contract that you sent me needed corrections. Enclosed is a copy of that letter. However, I've not received the settlement agreement that is mentioned in the letter. Instead I received notification from the prison that a stamped envelope from you was rejected by the prison. A copy of this notification is also enclosed.

Please resend the settlement agreement without the envelope. Also, ensure that no labels are on the envelope containing the settlement agreement. The prison has restricted incoming mail due to issues with drugs being sent into the facility.

Following are items that I need you to send me.

1. The settlement agreement.

2. Address information on where to send the checks and the settlement agreement.

3. Who to make the checks out to.

4. What info should be on the memo line which has a maximum of 35 characters.

5. Verification on the amount of the checks.

I am sorry for the inconvenience. I hope to hear from you shortly.

Sincerely,

*[signature: Jeffrey W. Feldman]*

Jeffrey W. Feldman          11/5/2018