

**Marsh Law Firm PLLC**
P.O. Box 4668 #65135
New York, NY 10163-4668
Telephone: (646) 306-2145
robertlewis@marshlaw.us

December 7, 2018

ECF FILING

Honorable Lynn Adelman
United States District Court Judge
Eastern District of Wisconsin
362 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: *Amy, Jessica and Andy v. Jeffrey W. Feldman* 2:14-cv-00721-LA

Dear Judge Adelman:

    We represent all six Plaintiffs, all of whom are proceeding by pseudonym in this action against defendant Jeffrey W. Feldman.

    We write in response to Mr. Feldman's recent filing with the Court stating that he has not received the settlement documents and asking for a status conference.

    We mailed Mr. Feldman the settlement documents in September, but apparently because we included a self-addressed envelope for him to return the documents to us after signing the Bureau of Prisons did not deliver them to Mr. Feldman.

    On December 1, 2018, I again posted the settlement documents to Mr. Feldman, this time without the self-addressed enveloped.

    As does Mr. Feldman, Plaintiffs remain committed to the settlement agreement reached with the Court's assistance. We are hopeful that Mr. Feldman will receive the settlement documents soon.

    In light of the foregoing, we do not believe a status conference is needed at this time.

    Very truly yours,

    Marsh Law Firm PLLC

1

/s/ Robert Y. Lewis

By Robert Y. Lewis

Carol L. Hepburn, P.S.

/s/ Carol L. Hepburn

By: Carol L. Hepburn

Cc: Jeffery Feldman (by post)